IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RAPHAEL VANBLARICOM, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-00093-JMM |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRAL CREDIT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

IT IS SO ORDERED THIS   27   day of   April  , 2010.

_____
Hon. James M. Moody
United States District Judge